### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TENA WASBERS and MICHAEL WASBERS,** *in their own right and as parents and natural guardians of Zachary Wasbers,* | : | **CIVIL ACTION NO. 1:05-CV-0422** |
| | : | |
| | : | **(Judge Conner)** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **EVENFLO COMPANY, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 26th day of April, 2006, upon consideration of the order of

court dated January 4, 2006 (Doc. 24), approving a settlement agreement for the

minor plaintiff Zachary Wasbers, and directing counsel for plaintiffs to file with the

court proofs of settlement deposits within fifteen (15) days of occurrence, and to file,

on or before February 1, 2006, a notice of whether the above-captioned action

should be dismissed, <u>see</u> FED. R. CIV. P. 41(a), and it appearing that as of the date of

this order counsel for plaintiffs has not filed anything with the court, it is hereby

ORDERED that on or before May 1, 2006, counsel for plaintiff shall comply with the

order of court dated January 4, 2006 (Doc. 4).  Failure to comply may result in the

dismissal of this case and/or the imposition of sanctions.  <u>See</u> FED. R. CIV. P. 41(a),

(b); <u>see also</u> L.R. 83.3.1(a), (b) (governing imposition of sanctions against counsel).


   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge